IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHAD ANTHONY LOUIS FOWLER**  **PLAINTIFF**
*ADC #656153*

v.  No: 3:25-cv-00262-KGB-PSH

**DUNEGOEN,** *et al.*  **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Chad Anthony Louis Fowler filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on November 21, 2025, while incarcerated at the Arkansas Division of Correction's Grimes Unit (Doc. No. 2). On December 1, 2025, Fowler was granted leave to proceed *in forma pauperis* ("IFP") and given the opportunity to file an amended complaint to clarify his claims (Doc. No. 3). He was cautioned that his

failure to file an amended complaint within 30 days may result in the dismissal of his claims.

More than 30 days have passed, and Fowler has not complied or otherwise responded to the December 1 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Fowler's complaint (Doc. No. 2) be dismissed without prejudice.

DATED this 14th day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE