IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHAD ANTHONY LOUIS FOWLER**  **PLAINTIFF**
*ADC #656153*

v.    No: 3:25-cv-00262-KGB-PSH

**DUNEGOEN,** *et al.*    **DEFENDANTS**

## ORDER

Plaintiff Chad Anthony Louis Fowler filed a *pro se* complaint on November 21, 2025, while incarcerated at the Arkansas Division of Correction's Grimes Unit (Doc. No. 2). On December 1, 2025, Fowler was granted leave to proceed *in forma pauperis* ("IFP") and given the opportunity to file an amended complaint to clarify his claims (Doc. No. 3). Because Fowler did not timely file an amended complaint, the Court entered a Recommended Disposition on January 14, 2026, recommending that the case be dismissed for failure to comply with Local Rule 5.5(c)(2) and for failure to respond to the Court's orders. *See* Doc. No. 4. On January 16, 2026, Fowler filed an amended complaint (Doc. No. 5). Accordingly, the Court withdraws its recommendation and will proceed to screen Fowler's amended complaint and determine if service of process is appropriate.[1]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.

It is so ordered this 4th day of February, 2026.

                                                        UNITED STATES MAGISTRATE JUDGE

---

28 U.S.C. § 1915A(a). The Court must dismiss a prisoner's complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *Id.*